# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE RIVERA, | : | |
| Petitioner, | : | |
| v. | : | No. 3:15-CV-1508 |
| Warden, R.A. PERDUE, | : | (Judge Brann) |
| Respondent. | : | |

## ORDER

**AND NOW**, this 24th day of September 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge